UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   *2:25-cv-10905-FLA-MAR*                                    Date:  March 31, 2026

Title        *Gordon Leroy Hall v. United States of America et al*

Present:  The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF JURISDICTION**

On October 22, 2025, Petitioner constructively filed the instant "Original Verified Motion for a Show Cause Order" pursuant to 28 U.S.C. § 1361, which the Court construes as a Petition for Writ of Habeas Corpus pursuant to U.S.C. § 2241 ("section 2241").  ECF Docket No. ("Dkt.") 1.  The Petition alleges that Defendants United States and the Federal Bureau of Prisons ("BOP") must "tender $50,000 and issue an acquittance and discharge [Petitioner] from B.O.P. custody in accordance with the record of agreement between the parties…" Id. at 1.  The purported agreement was allegedly formed when BOP staff confiscated items sent to Petitioner in the mail and Petitioner "conditionally accepted" the "taking" upon the above-mentioned payment, "acquittance," and discharge from BOP custody.  Id. at 2.

On January 22, 2025, the Court issued an Order to Show Cause Why the Action Should Not Be Dismissed ("OSC").  Dkt. 5.  In the OSC, the Court identified several deficiencies in the Petition, including (1) that this Court appears to lack jurisdiction because Petitioner's claim appears to be a contract claim, (2) that the claim appears to be unexhausted, and (3) that the claim appears to be a challenge of the legality of Petitioner's sentence, which is not properly before this Court.  Id. at 2–6.

On February 18, 2026, Petitioner filed a document entitled "Petitioner's original verified motion for a show cause order."  Dkt. 7.  This document appears nearly identical to Petitioner's original filing and fails to address the deficiencies noted in the Court's January 22, 2026 OSC.  In lieu of Petitioner's claim that this Court has jurisdiction pursuant to 28 U.S.C. §1361, Dkt. 1 at 1, Petitioner now alleges this Court has jurisdiction pursuant to 28 U.S.C. § 1491, Dkt. 7 at 1.  The Court notes however, that 28 U.S.C. § 1491 pertains to the jurisdiction of the United States Court of Federal Claims, not this Court, and therefore does not provide this Court with jurisdiction

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  *2:25-cv-10905-FLA-MAR*                                    Date:  March 31, 2026

Title      *Gordon Leroy Hall v. United States of America et al*

over the instant Petition.  See 28 U.S.C.A. § 1491.  Petitioner did not otherwise address the deficiencies noted in the Court's January 22, 2026 OSC.

Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, **by April 20, 2026**, to respond to the Court's OSC.  The Court will consider any of the following two (2) options to be an appropriate response to this OSC:

(1) Plaintiff shall elect one of the three (3) options from the Court's January 22, 2026 OSC; or
(2) Plaintiff shall respond to the Court's January 22, 2026 OSC by addressing this Court's jurisdiction over his claim and whether the claim has been exhausted in state court.

**The Court warns Petitioner that failure to timely respond as directed in this Order may result in dismissal of the action.**

**IT IS SO ORDERED.**

|  |  |
|---|---|
| **Initials of Preparer** | : |
|  | ev |