UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON LEROY HALL,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>Respondents. | Case No. 2:25-cv-10905-FLA (MAR)<br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered (1) denying the Petition and (2) directing Judgment be entered dismissing this action without prejudice.

Dated: August 3, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge