JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON LEROY HALL,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>Respondents. | Case No. 2:25-cv-10905-FLA (MAR)<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED without prejudice.

Dated: August 3, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge